# UNITED STATES DISTRICT COURT
# DISTRICT OF IOWA

| | |
|---|---|
| MELANIE DAVIS,<br><br>*Plaintiff*,<br><br>v.<br><br>CLH JUMSTART, LLC; and RIDDHI SIDDI, INC.,<br><br>*Defendants*. | Case No. 1:16-cv-33-JAJ-HCA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, that all claims asserted in the above-captioned case by Plaintiff Melanie Davis may be dismissed with prejudice, and that this Court may enter an Order dismissing the claims asserted by Plaintiff Melanie Davis with prejudice and without costs, expenses, or disbursements to any party.

| | |
|---|---|
| Dated: June 29, 2017 | Dated: June 29, 2017 |
| | **BROWNE LAW LLC** |
| /s/ Sarah McGill | /s/ Michelle Engler |
| Sarah McGill | Michelle Engler |
| 409 S 17th Steet | 628 23rd Street |
| 500 Energy Plaza | Des Moines, IA 50312 |
| Omaha NE, 68102 | E-mail: englerlaw@gmail.com |
| Email: dstubstad@fslf.com | Phone: (515) 554-8411 |
| **ATTORNEYS FOR DEFENDANTS** | **ATTORNEYS FOR PLAINTIFF** |