IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| MELANIE DAVIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLH JUMSTART, LLC; and RIDDHI SIDDI, INC.,<br><br>　　　　Defendants. | No. 1:16-cv-00033-JAJ<br><br>**ORDER** |

　　　This matter comes before the Court pursuant to Plaintiff Melanie Davis' Motion to Dismiss. [Dkt. No. 28 (stipulating and agreeing to dismissal of Plaintiff's claims with prejudice and without costs, expenses, or disbursements to any party)]

　　　Upon the foregoing,

　　　**IT IS ORDERED** that Plaintiff's claims in the above-captioned action are **DISMISSED** with prejudice.

　　　**DATED** this 3rd day of July, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JOHN A. JARVEY, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF IOWA